**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 99-7351**

---

WAYNE V. WILLIAMS,

Plaintiff - Appellant,

versus

PATRICK CONROY, Warden,

Defendant - Appellee.

---

**No. 99-7352**

---

WAYNE V. WILLIAMS,

Plaintiff - Appellant,

versus

PATRICK CONROY, Warden,

Defendant - Appellee.

---

Appeals from the United States District Court for the District of
Maryland, at Greenbelt. Alexander Williams, Jr., District Judge.
(CA-99-1130-AW, CA-99-535-AW)

---

Submitted: January 20, 2000          Decided: February 9, 2000

Before WILLIAMS, MICHAEL, and TRAXLER, Circuit Judges.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Wayne V. Williams, Appellant Pro Se. John Joseph Curran, Jr., Attorney General, Stephanie Judith Lane-Weber, Assistant Attorney General, Baltimore, Maryland, for Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Wayne V. Williams appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 1999) complaints. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Williams v. Conroy, Nos. CA-99-1130-AW; CA-99-535-AW (D. Md. Sept. 2, 1999).[*] Williams's motions to amend the record, to provide a copy of the record, to appoint counsel, to authorize transcripts at government expense, to provide a copy of the Clerk's civil docket, to seek discovery, and to amend his informal brief are denied. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

---

[*] Although the district court's order is marked as "filed" on August 27, 1999, the district court's records show that it was entered on the docket sheet on September 2, 1999. Pursuant to Rules 58 and 79(a) of the Federal Rules of Civil Procedure, it is the date the order was entered on the docket sheet that we take as the effective date of the district court's decision. See Wilson v. Murray, 806 F.2d 1232, 1234-35 (4th Cir. 1986).